SEYFARTH SHAW LLP
Peter E. Romo, Jr. (State Bar No. 38925)
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
NATIONAL LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA RUSSO | Case No. CV 07 6037 EDL |
| Plaintiff, | **PROOF OF SERVICE BY MAIL** |
| v. | |
| NATIONAL LIFE INSURANCE COMPANY, and DOES 1 TO 20 | |
| Defendants. | |

PROOF OF SERVICE BY MAIL

SF1 28308956.1 / 32732-000008

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 560 Mission Street, Suite 3100, San Francisco, California 94105. On November 29, 2007, I served the within document(s):

**United States District Court Guidelines; ECF Registration Information Handout; Order Setting Initial Case Management Conference and ADR Deadlines; Notice of Assignment of Case to a United States Magistrate Judge for Trial**

☐ I sent such document from facsimile machine (415) 397-8549 on November 29, 2007. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (415) 397-8549 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at San Francisco, California, addressed as set forth below.

☐ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

Gregory P. Brock, Esq.
York & Brock
918 Parker Street, 2nd Floor
Berkeley, CA 94710

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on November 29, 2007 at San Francisco, California.

_____
Shari O'Brien

SF1 28308259.1 / 32732-000008