1  SEYFARTH SHAW LLP
   Peter E. Romo, Jr. (SBN 38925) promo@seyfarth.com
2  Patty H. Lee (SBN 245192) plee@seyfarth.com
   560 Mission Street, Suite 3100
3  San Francisco, California 94105
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549

5  Attorneys for Defendant
   NATIONAL LIFE INSURANCE COMPANY
6

7  YORK & BROCK
   Gregory P. Brock (SBN 181903)
8  918 Parker Street, 2nd Floor
   Berkeley, California 94710
9  Telephone: (510) 841-1171
   Facsimile: (510) 841-1666
10
   Attorneys for Plaintiff
11 LAURA RUSSO

12
                    UNITED STATES DISTRICT COURT
13
                    NORTHERN DISTRICT OF CALIFORNIA
14

| LAURA RUSSO | Case No. C07-06037-EDL |
|---|---|
| Plaintiff, | **JOINT STIPULATION TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT** |
| v. | |
| NATIONAL LIFE INSURANCE COMPANY, and Does 1 to 20 | Magistrate Judge Elizabeth D. Laporte Courtroom E, 15th Floor |
| Defendants. | |

   Pursuant to Local Rule 6-1(a), the parties stipulate to extend the time in which Defendant NATIONAL LIFE INSURANCE COMPANY is to file a responsive pleading to Plaintiff LAURA RUSSO's Complaint to on or before January 4, 2008.

SF1 28309403.1

| | | |
|---|---|---|
| 1 | DATED: December 4, 2007 | SEYFARTH SHAW LLP |
| 2 | | |
| 3 | | By  /s/ |
| 4 | |       Peter E. Romo, Jr. |
| 5 | | Attorneys for Defendant<br>NATIONAL LIFE INSURANCE COMPANY |
| 6 | | |
| 7 | | |
| 8 | DATED: December 4, 2007 | YORK & BROCK |
| 9 | | |
| 10 | | By |
| 11 | |       Gregory P. Brock |
| 12 | | Attorneys for Plaintiff<br>LAURA RUSSO |

SF1 28309403.1

2

| | | |
|---|---|---|
| 1 | DATED: December 4, 2007 | SEYFARTH SHAW LLP |
| 2 | | |
| 3 | | By_____ |
| 4 | | Peter E. Romo, Jr. |
| 5 | | Attorneys for Defendant<br>NATIONAL LIFE INSURANCE<br>COMPANY |
| 6 | | |
| 7 | | |
| 8 | DATED: December 4, 2007 | YORK & BROCK |
| 9 | | |
| 10 | | By _Gregory P. Brock_ (signature) |
| 11 | | Gregory P. Brock |
| 12 | | Attorneys for Plaintiff<br>LAURA RUSSO |

SF1 28309403.1              2