SEYFARTH SHAW LLP
Peter E. Romo, Jr. (SBN 38925) promo@seyfarth.com
Patty H. Lee (SBN 245192) plee@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
NATIONAL LIFE INSURANCE COMPANY

YORK & BROCK
Gregory P. Brock (SBN 181903)
918 Parker Street, 2nd Floor
Berkeley, California 94710
Telephone: (510) 841-1171
Facsimile: (510) 841-1666

Attorneys for Plaintiff
LAURA RUSSO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA RUSSO,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL LIFE INSURANCE COMPANY, and Does 1 to 20<br><br>    Defendants. | Case No. C07-06037-EDL<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**<br><br>Magistrate Judge Elizabeth D. Laporte<br>Courtroom E, 15th Floor |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE:

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned parties hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the above-captioned case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

---

1
CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

1  DATED: February 21, 2008

    SEYFARTH SHAW LLP

3  By /s/ Peter E. Romo, Jr.
    Peter E. Romo, Jr.
4      Patty H. Lee

5  Attorneys for Defendant
    NATIONAL LIFE INSURANCE
6  COMPANY

7  DATED: February 21, 2008    YORK & BROCK
8

9  By /s/ Gregory P. Brock
10      Gregory P. Brock

11  Attorney for Plaintiff
    LAURA RUSSO

20  SF1 28315505.1