SEYFARTH SHAW LLP
Peter E. Romo, Jr. (SBN 38925) promo@seyfarth.com
Patty H. Lee (SBN 245192) plee@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
NATIONAL LIFE INSURANCE COMPANY


YORK & BROCK
Gregory P. Brock (SBN 181903)
918 Parker Street, 2nd Floor
Berkeley, California 94710
Telephone: (510) 841-1171
Facsimile: (510) 841-1666

Attorneys for Plaintiff
LAURA RUSSO

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA RUSSO | Case No. C07-06037-EDL |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |
| v. | |
| NATIONAL LIFE INSURANCE COMPANY, and Does 1 to 20 | Magistrate Judge Elizabeth D. Laporte Courtroom E, 15th Floor |
| Defendants. | |

National Life Insurance Company ("National Life") and Laura Russo have come to a settlement of this action.

IT IS HEREBY STIPULATED, by and between National Life and Laura Russo, by and through their respective attorneys of record, that this action shall be dismissed with prejudice, each party to bear their own fees and costs.

IT IS SO STIPULATED.

---

1

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER

1  DATED: February 12, 2008          SEYFARTH SHAW LLP

    By _____
         Peter E. Romo, Jr.
         Patty H. Lee

    Attorneys for Defendant
    NATIONAL LIFE INSURANCE
    COMPANY

    DATED: February 9, 2008           YORK & BROCK

    By _____
         Gregory P. Brock

    Attorney for Plaintiff
    LAURA RUSSO

### [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties, the above entitled action is dismissed with prejudice.

IT IS SO ORDERED.

DATED: February 22, 2008

_____
ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

SF1 28314415.1

---

2
JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND PROPOSED ORDER